IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, as successor by merger to MARYLAND CASUALTY COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>CARLY RAY INDUSTRIES, INC., KEENAN MAYS and JAMARK DERAY GOODWIN,<br><br>   Defendants. | CIVIL ACTION NO.<br>1:19-cv-01348-MHC |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND MOTION FOR DEFAULT JUDGMENT**

COMES NOW Plaintiff Zurich American Insurance Company, as successor by merger to Maryland Casualty Company, ("ZAIC") and hereby respectfully moves this Court for summary judgment and default judgment pursuant to Fed. R. Civ. P. 55 and 56. In support of this motion, ZAIC relies on the following:

- ZAIC's Brief in Support of its Motion for Summary Judgment and Motion for Default Judgment.

- ZAIC's Statement of Material Facts as to Which There is No Genuine Issue

to be Tried.

- ZAIC's Appendix of Exhibits in Support of Its Motion for Summary Judgment and Motion for Default Judgment.

In its Brief in Support of its Motion for Summary Judgment and Motion for Default Judgment, ZAIC shows the Court that there are no genuine issues of material fact and that ZAIC is entitled to summary judgment and default judgment as a matter of law that it has no duty to defend or indemnify Defendants Carly Ray Industries, Inc. and Jemark Deray Goodwin in connection with any demands, claims, or suits filed or asserted by Defendant Keenan Mays in the underlying litigation. Wherefore, ZAIC respectfully requests that the Court grant its motion for summary judgment and motion for default judgment.

Respectfully submitted this 25th day of March, 2020.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** <br> 1180 Peachtree Street, NE <br> Suite 2900 <br> Atlanta, Georgia  30309 <br> 404.348.8585 (Telephone) <br> 404.467.8845 (Facsimile) <br> seth.friedman@lewisbrisbois.com <br> christopher.meeks@lewisbrisbois.com <br> victoria.munian@lewisbrisbois.com | /s/ Christopher C. Meeks <br> Seth M. Friedman <br> Georgia Bar No. 141501 <br> Christopher C. Meeks <br> Georgia Bar Number 371020 <br> Victoria E. Munian <br> Georgia Bar No. 463486 <br> *Attorneys for Plaintiff Zurich American Insurance Company as successor by merger to Maryland Casualty Company* |

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, as successor by merger to MARYLAND CASUALTY COMPANY,<br><br>Plaintiff,<br><br><br>CARLY RAY INDUSTRIES, INC., KEENAN MAYS and JAMARK DERAY GOODWIN,<br><br>Defendants. | CIVIL ACTION NO.<br>1:19-cv-01348-MHC |

## **CERTIFICATE OF COMPLIANCE**

Counsel certifies that this filing is prepared with Time New Roman 14-point font in compliance with Local Rule 5.1.

Dated this 25th day of March, 2020.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>1180 Peachtree Street, NE<br>Suite 2900<br>Atlanta, Georgia  30309<br>404.348.8585 (Telephone)<br>404.467.8845 (Facsimile)<br>seth.friedman@lewisbrisbois.com | /s/ Christopher C. Meeks<br>Seth M. Friedman<br>Georgia Bar No. 141501<br>Christopher C. Meeks<br>Georgia Bar Number 371020<br>Victoria E. Munian<br>Georgia Bar No. 463486<br>*Attorneys for Plaintiff Zurich American Insurance Company as* |

4821-2954-6936.2               3

christopher.meeks@lewisbrisbois.com
victoria.munian@lewisbrisbois.com

*successor by merger to Maryland Casualty Company*